IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MANDY DELLI-VENERI, et al.,

        Plaintiffs,

v.                                       CIVIL ACTION NO.   2:19-cv-00689

WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION, et al.,

        Defendants.

## ORDER

A review of the court's file indicates that the defendant, Michael Flanagan has failed to answer or otherwise defend this action in a timely manner.   Accordingly, the court **DIRECTS** the Clerk to enter a default, pursuant to *Fed. R. Civ. P.* 55(a), against the defendant, Michael Flanagan.

The court further **ORDERS** counsel for the plaintiffs to file the appropriate motion and affidavits, or to arrange for the necessary evidentiary hearing, to facilitate the entry of default judgment, pursuant to *Fed. R. Civ. P.* 55(b), within twenty days of the entry of this Order.   If the plaintiffs fail to comply with the terms and conditions of this Order, the court will dismiss this action without prejudice for failure to prosecute.

The court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and to the defendant.

                                        ENTER:   November 6, 2019

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE