## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

MANDY DELLI-VENERI, et al.,

       Plaintiffs,

v.                                    CIVIL ACTION NO.   2:19-cv-00689

WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION, et al.,

       Defendants.

### JUDGMENT ORDER

The court **ORDERS** that judgment be entered in accordance with the Order Approving Petition for Compromise of Claim [ECF No. 88], and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:       July 1, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE